```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

KENNETH CLAY,                        *

     Plaintiff,                    *

vs.                                  *
                                                     CASE NO. 4:09-CV-02 (CDL)

ROBERT WADKINS, et al.,              *

     Defendants.                   *

## ORDER ON RECOMMENDATION OF DISMISSAL
## BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 12, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 4th day of February, 2009.

                                                        S/Clay D. Land
                                                           CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE